IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **GARY ROE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. CIV-23-609-STE |
| ) | |
| **COMMISSIONER OF THE SOCIAL** ) | |
| **SECURITY ADMINISTRATION,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Currently before the Court is Plaintiff's Motion for Leave to Proceed Without Local Counsel (ECF No. 4). Counsel for Plaintiff requests relief from LCvR83.3 which requires non-resident counsel to show association with an attorney who is a resident of Oklahoma and maintains a law office within the State of Oklahoma. Relief from this rule is within the Court's discretion if non-resident counsel establishes financial hardship, special qualifications of non-resident counsel, or other good cause; and certifies familiarity with the local civil court rules. LCvR83.3(c)

Plaintiff's Motion by non-resident counsel, Daniel A. Parmele, certifies that counsel is familiar with the local civil court rules for the Western District of Oklahoma and the Court notes that non-resident counsel was admitted to the bar of this Court on May 19, 2014.

Therefore, for good cause shown, the Court **ORDERS** Plaintiff's Motion for Leave to Proceed Without Local Counsel **(ECF No. 4)** be **GRANTED**.

**IT IS SO ORDERED** on July 17, 2023.

_____
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE